IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EVA FORBA, as Guardian of        :
Domenic Hoffman-Demanno,
     Plaintiff              :

                            :
     vs.                             CIVIL NO. 1:CV-07-2158
                            :

MICHAEL J. ASTRUE,               :      (Judge Caldwell)
Commissioner of
Social Security,                 :      (Magistrate Judge Smyser)
     Defendant

*O R D E R*

        AND NOW, this 24th day of June, 2008, upon consideration of the report (doc. 10) of the Magistrate Judge, filed May 27, 2008, to which no objections were filed, and upon independent review of the record, it is ordered that:

        1.  The report of the Magistrate Judge is adopted;

        2.  Pursuant to the recommendation of the Magistrate Judge, Plaintiff's appeal of the decision of the Administrative Law Judge is denied;

        3.  The Clerk of Court shall close this file.

                                        /s/William W. Caldwell
                                        William W. Caldwell
                                        United States District Judge